UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-20023-PCH

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JORGE LUIS MIR**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The matter before the Court is Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 24]. In the report and recommendation, Judge Becerra recommends that Defendant Jorge Luis Mir be found to have freely and voluntarily entered a guilty plea to the one-count indictment, which charged Defendant Mir with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). Judge Becerra recommends that Defendant Mir's plea be accepted, that Defendant Mir be adjudicated guilty of the offense to which the guilty plea has been entered, and that a sentencing hearing be conducted for final disposition of this matter. Neither Defendant Mir nor the government has filed an objection to the report and recommendation. Accordingly, having reviewed the record *de novo*, it is

**ORDERED** that Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 24] is adopted and approved in its entirety. Defendant Mir's guilty plea is accepted, and he is adjudged guilty of possession with intent to distribute a controlled substance. A sentencing hearing is set before Judge Paul Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on August 19, 2021, at 2:00 p.m.

**DONE AND ORDERED** in Miami, Florida, on June 10, 2021.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services